IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Kerry Yandle and Marilyn Yandle, | : |
| Plaintiffs, | : |
| v. | Civil Action No.: 5:14-cv-00052-RLV-DSC |
| Mercantile Adjustment Bureau, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 25, 2014

Respectfully submitted,
By   /s/ Ruth M. Allen

Ruth M. Allen, Esq.
Bar Number: 34739
7413 Six Forks Road, Suite 326
Raleigh, NC  27615
Email: rallen@lemberglaw.com
Telephone: (855) 301-2100 Ext. 5536
Facsimile:  (888) 953-6237
Attorney for Plaintiffs

Of Counsel To:
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Ruth M. Allen*

Ruth M. Allen, Esq.