IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Kerry and Marilyn Yandle, | :  |
| Plaintiffs, | : Civil Action No.: 5:14-cv-00052-RLV-DSC |
| v. | : |
| Mercantile Adjustment Bureau, LLC, | : |
| Defendant. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiffs, Kerry and Marilyn Yandle, by their attorney, hereby withdraw their complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: July 15, 2014

Respectfully submitted,

By: _/s/ Ruth M. Allen_

Ruth M. Allen, Esq.
Bar Number: 34739
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
Email: rallen@lemberglaw.com
Telephone: (855) 301-2100 Ext. 5536
Facsimile: (888) 953-6237
Attorney for Plaintiffs

Of Counsel To:
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor

Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Ruth M. Allen_

Ruth M. Allen, Esq.